UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GARCIA MONTELONGO, <br> Plaintiff, <br> v. <br> COUNTY OF RIVERSIDE, <br> Defendant(s). | Case No. EDCV 16-2477-PSG (KK) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: 2/27/17

HONORABLE PHILIP S. GUTIERREZ
United States District Judge