JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD GARCIA MONTELONGO,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE,<br><br>Defendant(s). | Case No. EDCV 16-2477-PSG (KK)<br><br><br><br>JUDGMENT |

   Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: 2/27/17

_____
HONORABLE PHILIP S. GUTIERREZ
United States District Judge